**TRENK, DiPASQUALE,**
**DELLA FERA & SODONO, P.C.**
427 Riverview Plaza
Trenton, NJ 08611
(609) 695-6070
(609) 695-6071
Andrea Dobin
*Counsel to Andrew Sklar, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>INTERNATIONAL TOWER SUPPLY, LLC<br><br>Debtor. | Case No. 17-24102(ABA)<br><br>Chapter 7<br><br>Honorable Andrew B. Altenburg, Jr., U.S.B.J.<br><br>Hearing Date: TBA<br>Hearing Time: TBA |

**NOTICE OF MOTION OF ANDREW SKLAR, CHAPTER 7**
**TRUSTEE FOR ORDER AUTHORIZING SALE OF ASSETS**
**OF THE ESTATE FREE AND CLEAR OF LIENS, CLAIMS**
**AND ENCUMBRANCES**

**PLEASE TAKE NOTICE** that on                    , 2017 at           .m., or as soon thereafter as counsel may be heard, Trenk, DiPasquale, Della Fera & Sodono, P.C., counsel to Andrew Sklar, Chapter 7 Trustee ("Trustee"), shall move before the Honorable Andrew B. Altenburg, Jr., United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, 400 Cooper Street, Camden, New Jersey, for entry of an Order Authorizing Sale of Assets of the Estate, Free and Clear of Liens, Claims and Encumbrances (the "Motion").

**PLEASE TAKE FURTHER NOTICE,** that in support of the Motion, the Trustee shall rely on his Certification in Support of the Motion.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion must: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy in accordance with D.N.J. LBR 9013-1.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, the Motion will be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that an order granting the relief requested herein is submitted herewith and made part of the Motion herein.

        **TRENK, DIPASQUALE,**
        **DELLA FERA & SODONO, P.C.**
        *Counsel to Andrew Sklar,*
        *Chapter 7 Trustee*

        By: /s/ Andrea Dobin
            Andrea Dobin

Dated: October 2, 2017

4814-8173-1409, v. 1

2